Michael S. Morrison
mmorrison@amfllp.com
ALEXANDER MORRISON + FEHR, LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone (310) 394-0888
Facsimile  (310) 394-0811

Bryan A. Giribaldo* (*pro hac vice*)
bgiribaldo@pkglegal.com
**Pardell, Kruzyk & Giribaldo, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Gustafson, *on behalf of himself and all others similarly situated*, | ) Case No. 2:23-cv-08068-CBM-PD )  |
| Plaintiff, | ) )  |
| vs. | ) **NOTICE OF SETTLEMENT** )  |
| ReallyGreatRate, Inc. d/b/a RGR Marketing, | ) ) )  |
| Defendant. | ) |

Michael Gustafson and ReallyGreatRate, Inc. d/b/a RGR Marketing hereby notify the Court that they have reached an agreement in principle to resolve this action. The parties respectfully request that the Court vacate all pending deadlines and provide the Settling Parties with 30 days to finalize the settlement and file a notice or stipulation of dismissal.

| | | |
|---|---|---|
| Date: December 12, 2023 | | By:   /s/ Bryan A. Giribaldo |

Bryan A. Giribaldo* (*pro hac vice*)
bgiribaldo@pkglegal.com
**Pardell, Kruzyk & Giribaldo, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444

Michael S. Morrison
mmorrison@amfllp.com
ALEXANDER MORRISON + FEHR, LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone   (310) 394-0888
Facsimile    (310) 394-0811

*Counsel for Plaintiff*

Notice of Settlement - 2