UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                    JS-6

| Case No. | **CV 23-8068-CBM(PDx)** | Date | JANUARY 8, 2024 |
|---|---|---|---|

| Title | Michael Gustafson v. ReallyGreatRate Inc. |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**        In Court        X    **In Chambers**        X    **Counsel Notified**

Case is ordered closed pursuant to the Notice of dismissal with prejudice filed on January 4, 2024 [18]. Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)                    **CIVIL MINUTES - GENERAL**        Initials of Deputy Clerk YS